```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 08068
    JAMES H HOGAN JR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3149

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
      The case was filed on 07/08/2006 and was confirmed 10/18/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was converted to chapter 7 after confirmation 01/20/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST        PRINCIPAL
                                                            PAID            PAID
-----------------------------------------------------------------------
AMERICAN GENERAL FINANCI  SECURED            3007.71         18.24          176.25
AMERICAN GENERAL FINANCE  UNSEC W/INTER   NOT FILED           .00             .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG        .00            .00             .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE        .00            .00             .00
ALLIED INTERSTATE         UNSEC W/INTER   NOT FILED           .00             .00
CAPITAL FIRST BANK        UNSEC W/INTER   NOT FILED           .00             .00
CONSECO FINANCE           UNSEC W/INTER   NOT FILED           .00             .00
JC PENNY                  UNSEC W/INTER   NOT FILED           .00             .00
MRSI                      UNSEC W/INTER   NOT FILED           .00             .00
PROFESSIONAL ACCOUNT MGM  UNSEC W/INTER   NOT FILED           .00             .00
KLUEVER & PLATT           NOTICE ONLY     NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  PRIORITY           1250.24          .00             .00
CITY OF CHICAGO - DEPT O  UNSEC W/INTER     10183.45          .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER      6182.93          .00             .00
BENNIE W FERNANDEZ        DEBTOR ATTY        2,524.00                       1,623.16
TOM VAUGHN                TRUSTEE                                             105.79
DEBTOR REFUND             REFUND                                                .00

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE             1,923.44

PRIORITY                                         .00
SECURED                                       176.25
    INTEREST                                   18.24
UNSECURED                                        .00
ADMINISTRATIVE                              1,623.16
TRUSTEE COMPENSATION                          105.79
DEBTOR REFUND                                    .00
                   ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 08068 JAMES H HOGAN JR
```

```
TOTALS                                   1,923.44              1,923.44
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                    /s/ Tom Vaughn
Dated: 05/02/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```