```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                         CASE NO. 06 B 08068
   JAMES H HOGAN JR
                                               CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3149

--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 07/08/2006 and was confirmed 10/18/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 12/12/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED              3007.71         18.24        176.25
AMERICAN GENERAL FINANCE  UNSEC W/INTER NOT FILED               .00           .00
SELECT PORTFOLIO SERVICI  CURRENT MORTG          .00            .00           .00
SELECT PORTFOLIO SERVICI  MORTGAGE ARRE          .00            .00           .00
ALLIED INTERSTATE         UNSEC W/INTER NOT FILED               .00           .00
CAPITAL FIRST BANK        UNSEC W/INTER NOT FILED               .00           .00
CONSECO FINANCE           UNSEC W/INTER NOT FILED               .00           .00
JC PENNY                  UNSEC W/INTER NOT FILED               .00           .00
MRSI                      UNSEC W/INTER NOT FILED               .00           .00
PROFESSIONAL ACCOUNT MGM  UNSEC W/INTER NOT FILED               .00           .00
KLUEVER & PLATT           NOTICE ONLY   NOT FILED               .00           .00
INTERNAL REVENUE SERVICE  PRIORITY              .00             .00           .00
CITY OF CHICAGO - DEPT O  UNSEC W/INTER    10183.45             .00           .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER     6182.93             .00           .00
BENNIE W FERNANDEZ        DEBTOR ATTY      2,524.00                        1,623.16
TOM VAUGHN                TRUSTEE                                            105.79
DEBTOR REFUND             REFUND                                               .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                  1,923.44

PRIORITY                                             .00
SECURED                                           176.25
    INTEREST                                       18.24
UNSECURED                                            .00
ADMINISTRATIVE                                  1,623.16
TRUSTEE COMPENSATION                              105.79
DEBTOR REFUND                                        .00
                         ---------------    ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 08068 JAMES H HOGAN JR
```

```
TOTALS                                    1,923.44              1,923.44
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/27/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```